1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHERRI GRIENER<br><br>Plaintiff,<br><br>vs.<br><br>MARATHON TRUCK BODY, INC.<br><br>Defendant. | Case No. 3:24-cv-00141-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Cherri Griener ("Plaintiff"), through her counsel the Law Office of Mark Mausert, and Defendant Marathon Truck Body, Inc. ("Defendant"), through its counsel Jackson Lewis P.C., pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 31st day of October, 2024.

| LAW OFFICE OF MARK MAUSERT | JACKSON LEWIS P.C. |
|---|---|
| */s/ Sean McDowell* <br> Mark Mausert, Bar No. 2398 <br> Sean McDowell, Bar No. 15962 <br> 729 Evans Ave. <br> Reno, NV 89512 | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar No. 6596 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

## **ORDER**

IT IS SO ORDERED:

_____
Anne R. Traum
United States District Court Judge

DATED: November 1, 2024

4875-6037-7332, v. 1